LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:    (213) 485-1500
Facsimile:    (213) 485-1200

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**FILED**

JUN 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, on their own behalf and on behalf of all others similarly situated, | CASE NO. 3:10-cv-02665-PJH |
| | Hon. Phyllis J. Hamilton |
| Plaintiffs, | [~~PROPOSED~~] ORDER CHANGING TIME |
| v. | |
| WELLS FARGO BANK, N.A. and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
2
3   The Court, having read the Stipulated Request for Order Changing Time filed by Plaintiffs Jeffrey and Ellen Yellin and Defendant Wells Fargo Bank, N.A. pursuant to Local Rule 6-2(a), and good cause appearing therefor, hereby **ORDERS** that:

4   1.   Plaintiffs shall have up to and including July 15, 2010 to respond to Wells Fargo's motion to transfer;

5   2.   Wells Fargo shall have up to and including July 29, 2010 to reply in support of Wells Fargo's motion to transfer;

6   3.   Wells Fargo shall have fourteen (14) days after this Court enters an order on Wells Fargo's motion to transfer to answer or otherwise respond to Plaintiffs' Complaint; and

7   4.   Plaintiffs' ability to file a motion to remand within the time limits allowed by the Federal Rules is not impaired as a result of this order.

**IT IS SO ORDERED.**

DATED: June 25, 2010

Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California