EDELSON MCGUIRE, LLP
Sean Reis (SBN 184044)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

Attorneys for Plaintiffs
JEFFREY YELLIN AND ELLEN YELLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, on their own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 10-cv-02665-PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**[~~PROPOSED~~] ORDER STAYING MOTION TO TRANSFER AND VACATING HEARING**<br><br>[Local Rules 6-2 and 7-12]<br><br>Filed concurrently with:<br>1. Stipulated Request for Order Staying Motion to Transfer and Vacating Hearing. |

---

1

[PROPOSED] ORDER STAYING MOTION TO TRANSFER AND VACATING HEARING
*Yellin v. Wells Fargo Bank. N.A.*, Case No. 10-cv-02665-PJH

1  The Court, having read the Stipulated Request for Order Staying Motion to Transfer and
2  Vacating Hearing filed by Plaintiffs Jeffrey and Ellen Yellin and Defendant Wells Fargo Bank, N.A.
3  pursuant to Local Rule 6-2 and 7-12, and good cause appearing therefore, hereby **ORDERS** that:

4  1.  Defendant's motion to transfer is stayed pending resolution of Plaintiffs' pending
5      motion to remand this case to the Superior Court of California for San Francisco
6      County;
7  2.  The hearing on Defendant's motion to transfer currently scheduled for August 18,
8      2010 is vacated;
9  3.  Should this Court decline to remand this case to the Superior Court of California for
10     San Francisco County, the Court shall set a hearing on Defendant's motion to
11     transfer, with Plaintiffs having at least twenty-one (21) days to file a brief in
12     opposition to the motion to transfer and Defendant having fourteen (14) days to file
13     its reply brief.

15 **IT IS SO ORDERED.**

17 DATED:  __7/21/10_____



2
[PROPOSED] ORDER STAYING MOTION TO TRANSFER AND VACATING HEARING
*Yellin v. Wells Fargo Bank, N.A.*, Case No. 10-cv-02665-PJH