LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:     (213) 485-1500
Facsimile:     (213) 485-1200

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:10-cv-02665-PJH <br><br> Hon. Phyllis J. Hamilton <br><br> [~~PROPOSED~~] ORDER CHANGING TIME |

1 The Court, having read the Stipulated Request for Order Changing Time filed by Plaintiffs Jeffrey and Ellen Yellin and Defendant Wells Fargo Bank, N.A. pursuant to Local Rule 6-2(a), and good cause appearing therefor, hereby **ORDERS** that:

   1. Wells Fargo shall have up to and including October 8, 2010 to answer or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

DATED: 9/13/10



Hon. Phyllis J. Hamilton
U.S. District Judge
Northern District of California