Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, Individuals on their own behalf and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive, <br><br> DEFENDANTS. | Case No. 10-cv-2665 PJH <br><br> **[PROPOSED]** ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS <br><br> Date Action Removed: June 18, 2010 |

The Court, having considered the Parties' Stipulation and Request to Continue Case Management Conference and Hearing on Defendant's Motion to Dismiss, hereby ORDERS that the Case Management Conference on the Court calendar for November 18, 2010 is continued to January 26, 2011, and a Joint Case Management Statement shall be filed on or before January 19, 2011. The hearing on the Defendant's Motion to Dismiss is hereby reset to January 26, 2011, with Plaintiffs' opposition due on January 5, 2011, and Defendant's Reply due on January 12, 2011.

IT IS SO ORDERED.

DATED: __November 1__, 2010

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATED DISTRICT JUDGE