Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, Individuals on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 10-cv-2665 PJH<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS<br><br>Date Action Removed: June 18, 2010 |

The Court, having considered the Parties' Stipulation and Request to Continue Case Management Conference and Hearing on Defendant's Motion to Dismiss, hereby ORDERS that the Case Management Conference on the Court calendar for January 26, 2011 is continued to April 13, 2011, and a Joint Case Management Statement shall be filed on or before April 6, 2011. The hearing on the Defendant's Motion to Dismiss is hereby reset to April 13, 2011, with Plaintiffs' opposition due on March 23, 2011, and Defendant's Reply due on March 30, 2011.

IT IS SO ORDERED.

DATED: _December 27___, 2010

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*