Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, Individuals on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 10-cv-2665 PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br>  FINAL CONTINUANCE<br><br>Date Action Removed: June 18, 2010 |

The Court, having considered the Parties' Stipulation and Request to Continue Case Management Conference and Hearing on Defendant's Motion to Dismiss, hereby ORDERS that the Case Management Conference on the Court calendar for July 13, 2011 is continued to September 21, 2011, and a Joint Case Management Statement shall be filed on or before September 14, 2011. The hearing on the Defendant's Motion to Dismiss is hereby reset to September 21, 2011, with Plaintiffs' opposition due on August 31, 2011, and Defendant's Reply due on September 7, 2011. This is last continuance that will be granted. If the hearing does not go forward on 9/21/11, motion will be terminated.

IT IS SO ORDERED.

DATED: ___June 15_____, 2011

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATED DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE
CMC AND HEARING ON MOTION TO DISMISS
Case No. 10-cv-2665

-1-