Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JEFFREY YELLIN and ELLEN YELLIN, Individuals on their own behalf and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive,<br><br>DEFENDANTS. | Case No. 10-cv-2665 PJH<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. Phyllis J. Hamilton<br><br>Date Action Removed: June 18, 2010 |

WHEREAS, the Parties have recently finalized a settlement of this putative class action, including all issues relating to the merits, incentive awards and attorneys' fees;

WHEREAS, a finalized settlement agreement is currently being circulated for signatures among the multiple Parties and counsel;

WHEREAS, the Parties' settlement of this matter includes a settlement of three other related class actions against the Defendant, and the Parties intend on consolidating all four cases for the purposes of the settlement in the proceeding captioned *Hamilton v. Wells Fargo Bank, N.A.*, Case No. 09-cv-4152-CW (N.D. Cal.);

1    WHEREAS, as soon as practicable upon the formal signing of the settlement agreement,
2 the Plaintiffs intend to move the *Hamilton* court for the preliminary approval of the settlement;

3    WHEREAS, in its Order dated September 8, 2011 (the "Order"), this Court set a Case
4 Management Conference for December 8, 2011, with the Joint Case Management Statement due
5 on December 1, 2011 (Dkt. 44);

6    WHEREAS, the Order required the Parties to file dismissal papers prior to December 1,
7 2011 in order to vacate the Case Management Conference (Dkt. 44);

8    WHEREAS, although the Court has granted the Parties' previous stipulations to continue
9 the Case Management Conference (Dkts. 39, 41, 44), in the interests of maximizing efficiency and
10 preservation of resources, the Parties wish to reschedule the Case Management Conference,
11 depending on the Court's availability, to February 8, 2012, with the Joint Case Management
12 Statement due on February 1, 2012, a date after the anticipated hearing on the Plaintiffs'
13 forthcoming motion for preliminary approval to be filed in the *Hamilton* court;

14    THEREFORE, IT IS STIPULATED by the Parties, through their attorneys of record,
15 pursuant to Civil L.R. 6-2 and Civil. L.R. 7-12, that:

16    The Case Management Conference on the Court calendar for December 8, 2011 is
17 continued to February ~~8~~ 9, 2012, and a Joint Case Management Statement shall be filed on or before
18 February ~~1~~ 2, 2011.

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26

STIPULATION AND REQUEST TO CONTINUE CMC
Case No. 10-cv-2665

-2-

DATED: November 30, 2011

                LOCKE LORD BISSELL & LIDDELL LLP

                By  /s/ Thomas J. Cunningham
                         Thomas J. Cunningham
                Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: November 30, 2011

                EDELSON MCGUIRE LLP

                By  /s/ Sean Reis
                         Sean Reis
                Attorneys for Plaintiffs Jeffrey and Ellen Yellin

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 2, 2011

                UNITED STATES DISTRICT JUDGE
                PHYLLIS J. HAMILTON

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — signed Judge Phyllis J. Hamilton]*